United States District Court
Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7   LINDA L. COOPER,                         Case No.  16-cv-01356-WHO

             Plaintiff,

8

         v.                                  **ORDER CONTINUING CASE**
9                                            **MANAGEMENT CONFERENCE**

10  NATIONAL FEDERATION OF FEDERAL           Re: Dkt. No. 23
    EMPLOYEES, LOCAL 1, et al.,

11           Defendants.

12       Because the defendants have just been served and have not entered an appearance, the

13  Case Management Conference scheduled for June 28, 2016 is continued until August 30, 2016 at 2

14  p.m.  The parties shall file a Joint Case Management Statement on or before August 23, 2016.

15       **IT IS SO ORDERED**.

16  Dated: June 23, 2016

17                                           

18                                           WILLIAM H. ORRICK
                                             United States District Judge

19

20

21

22

23

24

25

26

27

28